# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In the matter of:

Jillian W. Andrews
Chapter 7  Case No. 20–11062–SDB
    *Debtor(s).*

Ashley Andrews
    *Plaintiff(s)*

vs.

Adversary Proceeding
No. 21–01001–SDB

Jillian W. Andrews
    *Defendant(s)*

Nathan Edward Huff
Cleary, West & Hawkins, LLP
1223 George C. Wilson Drive
Augusta, GA 30909

    On April 5, 2021 , you filed an adversary proceeding in this Court.

    Part VII of the Bankruptcy Rules requires service of your complaint upon certain parties in the manner specified in Bankruptcy Rule 7004. I enclose, herewith, Summons and Notice which you should serve within seven (7) days from the date of issuance along with a copy of your complaint. <u>You are further required to file a `Certificate of Service' with the Clerk showing that such service has been made. The certificate should list each party's name and address.</u>

    **FAILURE TO TIMELY SERVE THIS SUMMONS AND NOTICE AND COMPLAINT COULD RESULT IN DISMISSAL OF SAID COMPLAINT.**

*Lucinda Rauback, Clerk*
United States Bankruptcy Court
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated **April 7, 2021**

**Enclosures**

*GASA−16[Rev. 12/14]* **CCB**