IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE:<br>Jillian W. Andrews,<br>    Debtor. | Chapter 7<br>Case No. 20-11062 SDB |
| Ashley Andrews,<br>    Plaintiff,<br>v.<br>Jillian W. Andrews,<br>    Defendant. | Adversary Case No.<br><u>21-01001 SDB</u> |

**ANSWER TO COMPLAINT OBJECTING TO DISCHARGE OF DEBTOR UNDER CODE SECTION 727**

COMES NOW, Jillian W. Andrews, Defendant in the above-captioned Adversary and files this her Answer to Plaintiff's Complaint as follows:

1. Denied.

2. Denied.

3. Denied.

4. (a) Denied. Disclosed at the Meeting of Creditors and on Schedule J to Plaintiff by and through counsel who attended said meeting of creditors.

   (b) Denied. Disclosed at the Meeting of Creditors and on Schedule J to Plaintiff by and through counsel who attended said meeting of creditors.

   (c) Denied. Disclosed at the Meeting of Creditors and on Schedules J to Plaintiff by and through counsel who attended said meeting of creditors.

I. Defendant admits Jurisdiction of this Court but denies any action violating 11 U.S.C. Section 727.

II. Defendant admits this is a Core Proceeding pursuant to 28 U.S.C. Section 157(b)(2)(I).

III. Debtor admits the name and case number in her Chapter 7 case is Jillian W. Andrews,

Case No. 20-11062 SDB with Honorable Susan D. Barrett.

IV. Defendant admits Plaintiff is a creditor.

Defendant hereby denies all allegations in Plaintiff's Complaint that were not expressly admitted or denied.

## DEFENSES

I. That Plaintiff has failed to state a claim upon which relief can be granted.

## COUNTER-CLAIM

I. Plaintiff has availed himself upon the Jurisdiction of this Court.

II. Plaintiff has intentionally and willfully inflicted emotional distress upon Defendant by knowingly filing a material false adversary to object to and delay Discharge.

III. Plaintiff has intentionally and willfully caused Defendant to incur additional legal expenses to defend said adversary.

IV. Defendant has become upset and ill and has incurred cost and expenses as a result of Plaintiff's intentional and willful inflection of emotional distress caused by the filing of the adversary.

WHEREFORE, Defendant prays that this Court deny Plaintiff's Objection to Discharge by Dismissing said action with prejudice, assessing reasonable attorney's fees and expenses incurred for the defense of said action, for this Court to award general, special, and punitive damages in an amount to be proven at the hearing of this matter for the intentional infliction of emotional distress to Defendant, and that this Court take any further action that it deems just and proper.

Respectfully submitted this \_\_21\_\_ day of April, 2021.

                                                          Joseph E. Spires  
                                                        Georgia Bar No. 672271  
                                                        Attorney for Defendant  
                                                        Wardspires@aol.com

Ward & Spires, LLC  
PO Box 1493  
Augusta, Georgia 30903  
(706) 724-2640

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| Jillian W. Andrews, ) | Chapter 7 |
|     Debtor. ) | Case No. 20-11062 SDB |
| _____ ) | |
| Ashley Andrews, ) | |
|     Plaintiff, ) | |
| v. ) | Adversary Case No. |
| ) | |
| Jillian W. Andrews, ) | <u>21-01001 SDB</u> |
|     Defendant. ) | |
| _____ ) | |

**VERIFICATION**

Personally appeared before me, the undersigned by law to administer oaths in the State of Georgia, Jillian W. Andrews, who after being duly sworn, deposes and says that the Answer and Counter-Claim contained in the within and foregoing are true and correct to the best of her knowledge and belief.

_____
Affiant

Sworn to and subscribed before me
this  21  day of April, 2021.

_____
Notary Public
My Commission expires:

[Notary Seal: JOSEPH E. SPIRES, NOTARY PUBLIC, COLUMBIA COUNTY, GEORGIA, My Commission Expires August 22, 2022]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| **Jillian W. Andrews,** | ) | Chapter 7 |
| Debtor. | ) | Case No. 20-11062 SDB |
| | ) | |
| **Ashley Andrews,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Adversary Case No. |
| | ) | |
| **Jillian W. Andrews,** | ) | <u>21-01001 SDB</u> |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the within and foregoing Answer to Complaint and Counter Claim upon the following by depositing same in the United States Mail, addressed as follows, with sufficient postage attached.

US Trustee (via Electronic Service)

Joseph E. Mitchell, III (via Electronic Service)
Chapter 7 Trustee

Nathan E. Huff, Esq.
Cleary, West & Huff, LLP
1223 George C. Wilson Drive
Augusta, Georgia 30909

Ashley Andrews
500 Grant Drive
Washington, Georgia 30673

DATED this _22_ day of _April_, 2021.

                                                  Joseph E. Spires
                                                  Attorney for Debtor(s)

WARD and SPIRES LLC
PO Box 1493
Augusta, GA 30903
(706) 724-2640
wardspires@aol.com